Nicole R. Derden, ISB #7109
Kristin F. Ruether, ISB #7914
DERDEN LAW
3332 N Meridian Rd.
Meridian, ID 83646
Telephone: 208-287-4200
Fax: 208-287-4201
nicole@derdenlaw.com
kristinruether@gmail.com

Attorneys for Plaintiffs

RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
**JAMES P. SCHAEFER, CA STATE BAR NO. 250417**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE:   (208) 334-9375
EMAIL: james.schaefer@usdoj.gov

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **NICOLE R. DERDEN** and **JOSE GUADALUPE GODOY PINEDA**, <br><br> Plaintiffs, <br><br> v. <br><br> **U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,** and **U.S. CITIZENSHIP AND IMMIGRATION SERVICES**, <br><br> Defendants. | Civ. No. 1:20-cv-368-BLW <br><br><br> **STIPULATION OF DISMISSAL** |

1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss this action with prejudice. The parties will bear their own costs and fees.

DATED this 27th day of May, 2021.        Respectfully submitted,

s/ Kristin F. Ruether
Kristin F. Ruether, ISB 7914
Of Attorneys for Plaintiffs

DATED this 27th day of May, 2021.

RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
By

/s/ James P. Schaefer
JAMES P. SCHAEFER
ASSISTANT UNITED STATES ATTORNEY

## CERTIFICATE OF SERVICE

I hereby certify that on May 27th, 2021, I caused a true and correct copy of the foregoing STIPULATION OF DISMISSAL to be electronically filed with the Clerk of the Court using the CM/ECF system, which caused the following counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

James Schaefer                                james.schaefer@usdoj.gov

s/Kristin F. Ruether
Kristin F. Ruether
Of Attorneys for Plaintiffs